# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br>          Plaintiff,<br>   v.<br>DANNETTE NOVOA,<br>          Defendant. | Case No. 1:24-cv-00199-SKO<br><br>**ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Candace Smith filed a complaint on February 14, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application fails to set forth complete answers to question number 2(a) regarding her employment. (*See* Doc. 2.) Specifically, Plaintiff lists the name of her employer as "urber eats," but does not disclose the amount of her take home salary, wages, or pay period. (*See id*.) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including question number 2.

IT IS SO ORDERED.

Dated: __February 16, 2024__            /s/ *Sheila K. Oberto*        
                                                               UNITED STATES MAGISTRATE JUDGE